## Tredway, Appellant, v. Ingram.

Argued April 27, 1928.

Before Porter, P. J., Henderson, Trexler, Keller, Linn, Gawthrop and Cunningham, JJ.

244

*W. T. Tredway,* for appellant.—The certifying and signing of the release was an apparent warranty which misled the plaintiff and an action of assumpsit will lie: Hexter v. Bast, 125 Pa. 52; Cox v. Highley, 100 Pa. 249; Cooper v. Gastieger, 278 Pa. 544; Gillespie v. Hunt, 276 Pa. 119; Rock, Executor, v. Cauffiel, 271 Pa. 560; Dowd v. Crow, 205 Pa. 214; Delefant v. Shapiro, 73 Pa. Superior Ct. 186.

246

*Robert A. Rundle,* of *Wright & Rundle,* for appellee.

PER CURIAM, July 12, 1928:
The judgment is affirmed on the opinion filed by President Judge EVANS, of the Court of Common Pleas of Allegheny County.